**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-22540-CMA

DOUG LONGHINI,

            Plaintiff,

v.

SUNSHINE GASOLINE DISTRIBUTORS,
INC. and SOUTH MIAMI CONVENIENCE
STORE, INC.,

            Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, and Defendants, SUNSHINE GASOLINE DISTRIBUTORS, INC. and SOUTH MIAMI CONVENIENCE STORE, INC., having entered into a Confidential Settlement Agreement that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its respective fees and costs.

Respectfully submitted this 29th day of September 2020.

| | |
|---|---|
| /s/ Anthony J. Perez | /s/ Edward S. Polk |
| ANTHONY J. PEREZ | EDWARD S. POLK |
| Florida Bar No.: 535451 | Florida Bar No.: 239860 |
| GARCIA-MENOCAL & PEREZ, P.L. | MARC A. RAPAPORT |
| 4937 S.W. 74th Court, Unit #3 | Florida Bar No.: 1008359 |
| Miami, Florida 33155 | COLE, SCOTT & KISSANE, P.A. |
| Telephone: (305) 553-3464 | 9150 S. Dadeland Boulevard, 14th Floor |
| Facsimile: (305)553-3031 | Miami, Florida 33256 |
| Email: ajperezlaw@gmail.com | Telephone: (305) 350-5338 |
| Florida Bar No.: 535451 | Primary Email: edward.polk@csklegal.com; |
| *Attorney for Plaintiff* | Marc.rapaport@cslklegal.com |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary Email: aquezada@lawgmp.com
crodriguez@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ